UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK F. COLEMAN; TOYA L. COLEMAN,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　　-against-<br><br>BET NETWORKS; YVONNE SMITH-PRODUCER; ROKU T.V.; AND JOHN DOE'S #1, 2,<br><br>　　　　　　　　　Defendants. | 1:20-CV-8165 (CM)<br><br>ORDER DIRECTING PAYMENT OF FEES OR IFP APPLICATION |

COLLEEN McMAHON, Chief United States District Judge:

　　Plaintiffs Mark and Toya Coleman bring this action *pro se*. To proceed with a civil action in this Court, the plaintiffs must either pay $400.00 in fees – a $350.00 filing fee plus a $50.00 administrative fee – or, to request authorization to proceed without prepayment of fees, each plaintiff must submit a completed and signed *in forma pauperis* ("IFP") application. *See* 28 U.S.C. §§ 1914, 1915.

　　Plaintiffs submitted the complaint without the relevant fees or an IFP application filed by Plaintiff Toya Coleman. Within thirty days of the date of this order, Plaintiffs must either pay the $400.00 in fees or Plaintiff Toya Coleman must complete and submit the attached IFP application. If Plaintiff Toya Coleman submits the IFP application, it should be labeled with docket number 1:20-CV-8165 (CM). If the Court grants that IFP application, Plaintiff Toya Coleman will be permitted to proceed without prepayment of fees. *See* § 1915(a)(1).

　　The Clerk of Court is directed to mail a copy of this order to Plaintiffs and note service on the docket. No summons shall issue at this time. If Plaintiff Toya Coleman complies with this order, her claims shall be processed in accordance with the procedures of the Clerk's Office. If

Plaintiff Toya Coleman fails to comply with this order within the time allowed, the Court will dismiss her claims.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 2, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge